932

No. 1678.  VOLLMER ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 1688.  FORT v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 1690.  HALLMARK INDUSTRY v. PECKHAM, U. S. DISTRICT JUDGE (REYNOLDS METALS CO. ET AL., REAL PARTIES IN INTEREST).  C. A. 9th Cir.  Certiorari denied.

No. 1692.  MACDONALD v. SHAWNEE COUNTRY CLUB, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 1702.  SWEIG v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 1715.  BIEHUNIK ET AL. v. FELICETTA ET AL. C. A. 2d Cir.  Certiorari denied.

No. 1807.  TEXAS HIGHWAY DEPARTMENT ET AL. v. NAMED INDIVIDUAL MEMBERS OF THE SAN ANTONIO CONSERVATION SOCIETY.  Petition for certiorari before judgment to C. A. 5th Cir. denied.

No. 5470.  ARNOLD v. PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 6633.  GOLEMBIEWSKI v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 6712.  WILLIS v. DUTTON, WARDEN.  C. A. 5th Cir.  Certiorari denied.